UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. _____

UNITED STATES OF AMERICA,                                                                PLAINTIFF

VS.                         APPLICATION FOR ORDER
                            <u>FOR DEBTOR EXAMINATION</u>

KIM ALLEN CLAY,                                                                                 DEFENDANT.

\* \* \* \* \* \*

This matter comes before the Court on the application of the United States for an Order for Debtor Examination.  The United States appears by and through Carlton S. Shier, IV, U.S. Attorney, and John M. Spires, Assistant United States Attorney.

1. Jurisdiction of this Court is invoked pursuant to Fed. R. Civ. P. 26, 30(a), (b), and 69(a), and 28 U.S.C. § 636(a)(2) and 28 U.S.C. § 3015.

2. Judgment in favor of the United States was entered on November 2, 2009, against the Defendant, in the sum of a $100.00 Special Assessment and restitution in the amount of $417,899.04 (Lexington 07-122).  An Amended Judgment in favor of the United States was entered on September 14, 2011, in the sum of a $100.00 Special Assessment and restitution in the amount of $417,899.04, joint and several with co-defendants.  The judgment debtor resides in Louisville, Kentucky.

3. The judgment has not been satisfied, vacated, or reversed, and there is now due and owing the sum of $324,246.24.

4. There has been no previous examination of the judgment debtor in connection with collection of this debt.

5. The United States of America has been unsuccessful in its attempts to have the debtor voluntarily provide financial information in aid of collection of the judgment.

WHEREFORE, the United States petitions this Court for an Order requiring the judgment debtor to appear before the Honorable Matthew A. Stinnett, United States Magistrate Judge, Courtroom C, 4th Floor, 101 Barr Street, Lexington, Kentucky 40507 on Tuesday, July 16, 2024, at 9:00 a.m., with a copy of all records and documents listed in Attachment A. In the alternative, the judgment debtor may appear before the United States Magistrate Judge at the time and place directed above with a fully completed, signed, and dated Financial Statement Form, attached hereto.

Dated: June 5, 2024

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: /s/ John M. Spires
Assistant U.S. Attorney
260 West Vine Street, Ste. 300
Lexington, KY 40507
(859) 233-2661
Email: john.spires@usdoj.gov
Attorney for Plaintiff